UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

United States of America,

            Plaintiff,                              Case No.   3:14CR30186-001

    v.

Steven M.   Dodson,

            Defendant.

## ORDER

Upon  motion  of  the  United  States  of  America,  pursuant  to  Rule  41(a)(2),
Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED
that the Writ of Execution in this cause be and the same is hereby DISMISSED,
without prejudice.

DATED: August 17, 2015

Digitally signed by
David R. Herndon
Date: 2015.08.17
14:44:51 -05'00'

UNITED STATES DISTRICT JUDGE